UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND GASAWAY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES 115TH CONGRESS,<br><br>　　　　Respondent. | NO. CV 19-3915-JLS (FFM)<br><br>JUDGMENT |

　　Pursuant to the Order Summarily Dismissing Petition,

　　IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: May 23, 2019

　　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　United States District Judge